# EXHIBIT 2

**From:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Subject: Fwd: Genral**
**Date:** May 24, 2020 at 10:46 AM
**To:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮





---------- Forwarded message ----------
From: <info@universityoffarmington.edu>
Date: Thu, May 18, 2017 at 2:00 PM
Subject: RE: Genral
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

Yes, we have many international students and do offer Day 1 CPT.  Below is additional details on our school and programs:

Thank you for your recent interest in The University of Farmington, a nationally accredited business and STEM institution. Here at the University of Farmington we have created an innovative learning environment that combines traditional instruction with fulltime professional experiences.  We offer flexible class schedules and a focus on students who do not want to interrupt their careers.

In many instances, your prior Masters Degree's (MA) credits, combined with CPT, can be applied to a second MA in lieu of a traditional course load.

Our programs include undergraduate and graduate degrees in:

Accounting

Finance

International Business
Supply Chain Management
Public Relations and Marketing
Business Information Systems

Computer Science
Information Technology
Industrial and Systems Engineering
Manufacturing Engineering
Mechatronics

The University of Farmington operates on a quarterly academic calendar, each term is generally ten weeks, excluding exams, and the admissions process is on a rolling basis.  Terms start every three months, beginning in September, December, March, and June. Sessions begin every month. Graduate programs tuition is $2500 per quarter. Depending on fees, average cost is $1,000 per month.

We are accredited by the Accrediting Commission of Career Schools and Colleges (www.accsc.org) and

licensed by the Michigan Department of Licensing and Regulatory Affairs as a private postsecondary college.

If you are interested in having your tomorrow start today, please complete the attached application and submit a copy of your passport

If you are interested in having your tomorrow start today, please complete the attached application and submit a copy of your passport and current visa. We have also attached a student admissions checklist for your reference.

You also can contact the University of Farmington Office of Admissions at (248) 702-6316 or admissions@universityoffarmington.edu.

Good luck in all your endeavors.

Office of Admissions

University of Farmington

30500 Northwestern Highway, Suite 210

Farmington Hills, MI 48334



A nationally accredited institution authorized to enroll international students by the U.S. Department of Homeland Security.





**University of Farmington**
*Office of Admissions*
30500 Northwestern Highway
Farmington Hills, MI 48334

Dear █████████

It is with great pleasure to inform you of your admission to the University of Farmington for the Fall 2017 Quarter.

You were chosen from the largest and most competitive applicant pool in the institution's history for this opportunity. On behalf of myself and our faculty, students, and alumni - congratulations and welcome to the global community that is the University of Farmington!

Your admission to the University of Farmington is a reflection on your past academic achievements and future goals. We are confident in your ability to prosper and succeed at the University of Farmington.

At the University of Farmington, you will be part of a diverse community, where undergraduate, graduate, and international students work alongside renowned faculty in an environment of ingenuity, creativity, and innovation.  The professional faculty at the University of Farmington are drawn directly from business and industry and will provide you experiences needed to succeed in your career by exposing you to a blend of traditional, applied, and practical educational opportunities.

The opportunities a degree from the University of Farmington holds are endless.

If you have any further questions regarding your acceptance and next steps in the admissions process, please contact us at admissions@universityoffarmington.edu.

The University of Farmington community welcomes you, and I personally look forward to greeting you on campus.

Sincerely,



Ali Milani
Director of Admissions

248.702.6316                                              admissions@universityoffarmington.edu

A nationally accredited institution authorized to enroll international students by the U.S. Department of Homeland Security.



# Invoice

Office of Student Accounts
University of Farmington
30500 NW Highway, Suite 205
Farmington Hills, Michigan 48334
Office Phone: 2487026719
studentaccounts@universityoffarmington.edu

| | |
|---|---|
| **Invoice Number:** | I180212305 |
| **Invoice Date:** | 02/12/2018 |
| **Payment Terms:** | Payment 30 days after invoice date |
| **Invoice Due Date:** | 03/14/2018 |
| **Invoice Amount:** | 2,500.00 |
| **Created By:** | Office of Student Accounts |

**Bill To**

[redacted]

**Ship To**

[redacted]

| Item Name | Unit Price | Total |
|---|---:|---:|
| Initial Attendance/I-20 Issuance | 1,000.00 | 1,000.00 |
| Balance of Tuition, Winter Term 2017 | 1,500.00 | 1,500.00 |

**Comments:**

[redacted]

| | |
|---|---:|
| Subtotal: | $ 2,500.00 |
| **Invoice Amount** | **$ 2,500.00** |

**Terms & Conditions:**

Initial enrollment deposit or related fee is due upon receipt of I-20.

Balance of tuition is due within 30 days of enrollment or the start of a new term.

Fees for student ID replacement, transcripts, or diplomas are due within 30 days of request.

A $25 late fee will be charged on all invoices.