IN THE UNITED STATES COURT OF FEDERAL CLAIMS

TEJA RAVI,                              )
                                        )
                                        )
                                        )
            Plaintiff,                  )
                                        )
    v.                                  )        No. 20-1237 C
                                        )        Senior Judge Firestone
THE UNITED STATES,                      )
                                        )
            Defendant.                  )

## NOTICE OF APPEARANCE

To the Clerk:

    Please enter the appearance of _____ Meen Geu Oh _____, as attorney of record

for the United States.  Service of all papers by opposing parties should be addressed as follows:

Meen Geu Oh
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
United States Department of Justice
PO Box 480
Ben Franklin Station
Washington, D.C.  20044


                                    s/ Meen Geu Oh
                                    MEEN GEU OH
                                    Senior Trial Counsel
                                    Commercial Litigation Branch
                                    Civil Division
                                    Telephone: (202) 307-0184
                                    Facsimile:  (202) 353-0461
                                    Email: Meen-Geu.Oh@usdoj.gov


Dated: September 23, 2020