# EXHIBIT 1

Case 1:20-cv-01237-AOB     Document 8-1     Filed 01/28/21     Page 1 of 9

| Department of Homeland Security | I-20, Certificate of Eligibility for Nonimmigrant Student Status |
|---|---|
| U.S. Immigration and Customs Enforcement | OMB NO. 1653-0038 |

**SEVIS ID:** N0012801107

| SURNAME/PRIMARY NAME | GIVEN NAME | Class of Admission |
|---|---|---|
| ▮ | ▮ | **F-1** |
| **PREFERRED NAME** ▮ | **PASSPORT NAME** ▮ | |
| **COUNTRY OF BIRTH** ▮ | **COUNTRY OF CITIZENSHIP** ▮ | ACADEMIC AND LANGUAGE |
| **DATE OF BIRTH** ▮ 1992 | **ADMISSION NUMBER** | |
| **FORM ISSUE REASON** CONTINUED ATTENDANCE | **LEGACY NAME** ▮ | |

**SCHOOL INFORMATION**

| SCHOOL NAME | SCHOOL ADDRESS |
|---|---|
| University of Farmington<br>University of Farmington | 30500 Northwestern Highway, Farmington Hills, MI 48334 |
| **SCHOOL OFFICIAL TO CONTACT UPON ARRIVAL**<br>Edward Roberts<br>Director of Student Affairs | **SCHOOL CODE AND APPROVAL DATE**<br>DET214F45311000<br>12 JULY 2016 |

**PROGRAM OF STUDY**

| EDUCATION LEVEL<br>MASTER'S | MAJOR 1<br>Computer Science 11.0701 | MAJOR 2<br>None 00.0000 |
|---|---|---|
| **PROGRAM ENGLISH PROFICIENCY**<br>Required | **ENGLISH PROFICIENCY NOTES**<br>Student is proficient | **EARLIEST ADMISSION DATE** |
| **START OF CLASSES**<br>01 OCTOBER 2017 | **PROGRAM START/END DATE**<br>26 SEPTEMBER 2017 - 31 OCTOBER 2019 | |

**FINANCIALS**

| ESTIMATED AVERAGE COSTS FOR: 12 MONTHS | | STUDENT'S FUNDING FOR: 12 MONTHS | |
|---|---|---|---|
| Tuition and Fees | $ 10,000 | Personal Funds | $ 2,500 |
| Living Expenses | $ 8,000 | Funds From This School | $ 0 |
| Expenses of Dependents (0) | $ 0 | Family support. | $ 25,000 |
| Insurance, books, etc. | $ 2,000 | On-Campus Employment | $ 0 |
| TOTAL | $ 20,000 | TOTAL | $ 27,500 |

**REMARKS**

Transfer from NW Polytechnic University, Fall 2017, Session 2.

**SCHOOL ATTESTATION**

I certify under penalty of perjury that all information provided above was entered before I signed this form and is true and correct. I executed this form in the United States after review and evaluation in the United States by me or other officials of the school of the student's application, transcripts, or other records of courses taken and proof of financial responsibility, which were received at the school prior to the execution of this form. The school has determined that the above named student's qualifications meet all standards for admission to the school and the student will be required to pursue a full program of study as defined by 8 CFR 214.2(f)(6). I am a designated school official of the above named school and am authorized to issue this form.

X *Edward Roberts*

| SIGNATURE OF: Edward Roberts, Director of Student Affairs | DATE ISSUED<br>26 September 2017 | PLACE ISSUED<br>Farmington Hills, MI |
|---|---|---|

**STUDENT ATTESTATION**

I have read and agreed to comply with the terms and conditions of my admission and those of any extension of stay. I certify that all information provided on this form refers specifically to me and is true and correct to the best of my knowledge. I certify that I seek to enter or remain in the United States temporarily, and solely for the purpose of pursuing a full program of study at the school named above. I also authorize the named school to release any information from my records needed by DHS pursuant to 8 CFR 214.3(g) to determine my nonimmigrant status. **Parent or guardian, and student, must sign if student is under 18.**

X

| SIGNATURE OF: ▮ | DATE |
|---|---|

X

| NAME OF PARENT OR GUARDIAN | SIGNATURE | ADDRESS (city/state or province/country) | DATE |
|---|---|---|---|

**Department of Homeland Security**
U.S. Immigration and Customs Enforcement

I-20, Certificate of Eligibility for Nonimmigrant Student Status
OMB NO. 1653-0038

## SEVIS ID: N0012801107 (F-1)         NAME: ███████████████████

### EMPLOYMENT AUTHORIZATIONS

### CHANGE OF STATUS/CAP-GAP EXTENSION

| REQUESTED VISA TYPE | REQUEST/PETITION STATUS | RECEIPT NUMBER | BENEFIT START DATE/REQUEST DATE |
|---|---|---|---|
| H1-B | PENDING | WAC1714350527 | |

**COMMENT**

### AUTHORIZED REDUCED COURSE LOAD

### CURRENT SESSION DATES

| CURRENT SESSION START DATE | CURRENT SESSION END DATE |
|---|---|
| 01 OCTOBER 2017 | 31 DECEMBER 2017 |

### TRAVEL ENDORSEMENT

This page, when properly endorsed, may be used for re-entry of the student to attend the same school after a temporary absence from the United States. Each endorsement is valid for one year.

| Designated School Official | TITLE | SIGNATURE | DATE ISSUED | PLACE ISSUED |
|---|---|---|---|---|
| | | X | | |
| | | X | | |
| | | X | | |
| | | X | | |

**Department of Homeland Security**
U.S. Immigration and Customs Enforcement

I-20, Certificate of Eligibility for Nonimmigrant Student Status
OMB NO. 1653-0038

## INSTRUCTIONS TO STUDENTS

**STUDENT ATTESTATION.** You should read everything on this page carefully. Be sure that you understand the terms and conditions concerning your admission and stay in the United States as a nonimmigrant student before signing the student attestation on page 1 of the Form I-20 A-B. The law provides severe penalties for knowingly and willfully falsifying or concealing a material fact, or using any false document in the submission of this form.

**FORM I-20.** The Form I-20 (this form) is the primary document to show that you have been admitted to school in the United States and that you are authorized to apply for admission to the United States in F-1 class of admission. You must have your Form I-20 with you at all times. If you lose your Form I-20, you must request a new one from your designated school official (DSO) at the school named on your Form I-20.

**VISA APPLICATION.** You must give this Form I-20 to the U.S. consular officer at the time you apply for a visa (unless you are exempt from visa requirements). If you have a Form I-20 from more than one school, be sure to present the Form I-20 for the school you plan to attend. Your visa will include the name of that school, and you must attend that school upon entering the United States. You must also provide evidence of support for tuition and fees and living expenses while you are in the United States.

**ADMISSION.** When you enter the United States, you must present the following documents to the officer at the port of entry: 1) a Form I-20; 2) a valid F-1 visa(unless you are exempt from visa requirements); 3) a valid passport; and 4) evidence of support for tuition and fees and living expenses while you are in the United States. The agent should return all documents to you before you leave the inspection area.

**REPORT TO SCHOOL NAMED ON YOUR FORM I-20 AND VISA.** Upon your first entry to the United States, you must report to the DSO at the school named on your Form I-20 and your F-1 visa (unless you are exempt from visa requirements). If you decide to attend another school before you enter the United States, you must present a Form I-20 from the new school to a U.S. consular officer for a new F-1 visa that names the new school. Failure to enroll in the school, by the program start date on your Form I-20 may result in the loss of your student status and subject you to deportation.

**EMPLOYMENT.** Unlawful employment in the United States is a reason for terminating your F-1 status and deporting you from the United States. You may be employed on campus at your school. You may be employed off-campus in curricular practical training (CPT) if you have written permission from your DSO. You may apply to U.S. Citizenship and Immigration Services (USCIS) for off-campus employment authorization in three circumstances: 1) employment with an international organization; 2) severe and unexpected economic hardship; and 3) optional practical training (OPT) related to your degree. You must have written authorization from USCIS before you begin work. Contact your DSO for details. Your spouse or child (F-2 classification) may not work in the United States

**PERIOD OF STAY.** You may remain in the United States while taking a full course of study or during authorized employment after your program. F-1 status ends and you are required to leave the United States on the earliest of the following dates: 1) the program end date on your Form I-20 plus 60 days; 2) the end date of your OPT plus 60 days; or 3) the termination of your program for any other reason. Contact your DSO for details.

**EXTENSION OF PROGRAM.** If you cannot complete the education program by the program end date on page 1 of your Form I-20, you should contact your DSO at least 15 days before the program end date to request an extension.

**SCHOOL TRANSFER.** To transfer schools, first notify the DSO at the school you are attending of your plan to transfer, then obtain a Form I-20 from the DSO at the school you plan to attend. Return the Form I-20 for the new school to the DSO at that school within 15 days after beginning attendance at the new school. The DSO will then report the transfer to the Department of Homeland Security (DHS). You must enroll in the new school at the next session start date. The DSO at the new school must update your registration in SEVIS.

**NOTICE OF ADDRESS.** When you arrive in the United States, you must report your U.S. address to your DSO. If you move, you must notify your DSO of your new address within 10 days of the change of address. The DSO will update SEVIS with your new address.

**REENTRY.** F-1 students may leave the United States and return within a period of five months.To return, you must have: 1) a valid passport; 2) a valid F-1 student visa (unless you are exempt from visa requirements); and 3) your Form I-20, page 2, properly endorsed for reentry by your DSO. If you have been out of the United States for more than five months, contact your DSO

**AUTHORIZATION TO RELEASE INFORMATION BY SCHOOL.** DHS requires your school to provide DHS with your name, country of birth, current address, immigration status, and certain other information on a regular basis or upon request. Your signature on the Form I-20 authorizes the named school to release such information from your records.

**PENALTY.** To maintain your nonimmigrant student status, you must: 1) remain a full-time student at your authorized school; 2) engage only in authorized employment; and 3) keep your passport valid. Failure to comply with these regulations will result in the loss of your student status and subject you to deportation.

## INSTRUCTIONS TO SCHOOLS

Failure to comply with 8 CFR 214.3(k) and 8 CFR 214.4 when issuing Forms I-20 will subject you and your school to criminal prosecution. If you issue this form improperly, provide false information, or fail to submit required reports, DHS may withdraw its certification of your school for attendance by nonimmigrant students.

**ISSUANCE OF FORM I-20.** DSOs may issue a Form I-20 for any nonimmigrant your school has accepted for a full course of study if that person: 1) plans to apply to enter the United States in F-1 status; 2) is in the United States as an F-1 nonimmigrant and plans to transfer to your school; or 3) is in the United States and will apply to change nonimmigrant status to F-1. DSOs may also issue the Form I-20 to the spouse or child (under the age of 21) of an F-1 student to use to enter or remain in the United States as an F-2 dependent. DSOs must sign where indicated at the bottom of page 1 of the Form I-20 to attest that the form is completed and issued in accordance with regulations.

**ENDORSEMENT OF PAGE 2 FOR REENTRY.** If there have been no substantive changes in information, DSOs may endorse page 2 of the Form I-20 for the student and/or the F-2 dependents to reenter the United States. If there have been substantive changes, the DSO should issue and sign a new Form I-20 that includes those changes.

**RECORDKEEPING.** DHS may request information concerning the student's immigration status for various reasons. DSOs should retain all evidence of academic ability and financial resources on which admission was based, until SEVIS shows the student's record completed or terminated.

**AUTHORITY FOR COLLECTING INFORMATION.** Authority for collecting the information on this and related student forms is contained in 8 U.S.C. 1101 and 1184. The Department of State and DHS use this information to determine eligibility for the benefits requested.The law provides severe penalties for knowingly and willfully falsifying or concealing a material fact, or using any false document in the submission of this form.

**REPORTING BURDEN.** U.S. Immigration and Customs Enforcement collects this information as part of its agency mission under the Department of Homeland Security. The estimated average time to review the instructions, search existing data sources, gather and maintain the needed data, and complete and review the collection of information is 30 minutes (.50 hours) per response. An agency may not conduct or sponsor, and a person is not required to respond to an information collection unless a form displays a currently valid OMB Control number. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to: Office of the Chief Information Officer/Forms Management Branch, U.S. Immigration and Customs Enforcement. 801 I Street NW Stop 5800, Washington, DC 20536-5800. Do not send the form to this address.

# EXHIBIT 2

**From:** ███████████████████ 
**Subject:** Fwd: Genral
**Date:** May 24, 2020 at 10:46 AM
**To:** ███████████████████



---------- Forwarded message ----------
From: <info@universityoffarmington.edu>
Date: Thu, May 18, 2017 at 2:00 PM
Subject: RE: Genral
███████████████████████████.

Yes, we have many international students and do offer Day 1 CPT.  Below is additional details on our school and programs:

Thank you for your recent interest in The University of Farmington, a nationally accredited business and STEM institution. Here at the University of Farmington we have created an innovative learning environment that combines traditional instruction with fulltime professional experiences.  We offer flexible class schedules and a focus on students who do not want to interrupt their careers.

In many instances, your prior Masters Degree's (MA) credits, combined with CPT, can be applied to a second MA in lieu of a traditional course load.

Our programs include undergraduate and graduate degrees in:

Accounting

Finance

International Business
Supply Chain Management
Public Relations and Marketing
Business Information Systems

Computer Science
Information Technology
Industrial and Systems Engineering
Manufacturing Engineering
Mechatronics

The University of Farmington operates on a quarterly academic calendar, each term is generally ten weeks, excluding exams, and the admissions process is on a rolling basis.  Terms start every three months, beginning in September, December, March, and June. Sessions begin every month. Graduate programs tuition is $2500 per quarter. Depending on fees, average cost is $1,000 per month.

We are accredited by the Accrediting Commission of Career Schools and Colleges (www.accsc.org) and

licensed by the Michigan Department of Licensing and Regulatory Affairs as a private postsecondary college.

If you are interested in having your tomorrow start today, please complete the attached application and submit a copy of your passport

If you are interested in having your tomorrow start today, please complete the attached application and submit a copy of your passport and current visa. We have also attached a student admissions checklist for your reference.

You also can contact the University of Farmington Office of Admissions at (248) 702-6316 or admissions@universityoffarmington.edu.

Good luck in all your endeavors.

Office of Admissions

University of Farmington

30500 Northwestern Highway, Suite 210

Farmington Hills, MI 48334



A nationally accredited institution authorized to enroll international students by the U.S. Department of Homeland Security.





**University of Farmington**
*Office of Admissions*
30500 Northwestern Highway
Farmington Hills, MI 48334



Dear ███

It is with great pleasure to inform you of your admission to the University of Farmington for the Fall 2017 Quarter.

You were chosen from the largest and most competitive applicant pool in the institution's history for this opportunity. On behalf of myself and our faculty, students, and alumni - congratulations and welcome to the global community that is the University of Farmington!

Your admission to the University of Farmington is a reflection on your past academic achievements and future goals. We are confident in your ability to prosper and succeed at the University of Farmington.

At the University of Farmington, you will be part of a diverse community, where undergraduate, graduate, and international students work alongside renowned faculty in an environment of ingenuity, creativity, and innovation.  The professional faculty at the University of Farmington are drawn directly from business and industry and will provide you experiences needed to succeed in your career by exposing you to a blend of traditional, applied, and practical educational opportunities.

The opportunities a degree from the University of Farmington holds are endless.

If you have any further questions regarding your acceptance and next steps in the admissions process, please contact us at admissions@universityoffarmington.edu.

The University of Farmington community welcomes you, and I personally look forward to greeting you on campus.

Sincerely,

Ali Milani
Director of Admissions

248.702.6316                                                        admissions@universityoffarmington.edu

A nationally accredited institution authorized to enroll international students by the U.S. Department of Homeland Security.



# Invoice

Office of Student Accounts
University of Farmington
30500 NW Highway, Suite 205
Farmington Hills, Michigan 48334
Office Phone: 2487026719
studentaccounts@universityoffarmington.edu

**Invoice Number:** I180212305
**Invoice Date:** 02/12/2018
**Payment Terms:** Payment 30 days after invoice date
**Invoice Due Date:** 03/14/2018
**Invoice Amount:** 2,500.00
**Created By:** Office of Student Accounts

**Bill To**



**Ship To**



| Item Name | Unit Price | Total |
|---|---:|---:|
| Initial Attendance/I-20 Issuance | 1,000.00 | 1,000.00 |
| Balance of Tuition, Winter Term 2017 | 1,500.00 | 1,500.00 |

**Comments:**



Subtotal: $ 2,500.00
**Invoice Amount** **$ 2,500.00**

**Terms & Conditions:**

Initial enrollment deposit or related fee is due upon receipt of I-20.

Balance of tuition is due within 30 days of enrollment or the start of a new term.

Fees for student ID replacement, transcripts, or diplomas are due within 30 days of request.

A $25 late fee will be charged on all invoices.