# In the United States Court of Federal Claims

No. 20-1237C
(Filed: March 18, 2021)

|  |  |
|---|---|
| TEJA RAVI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THE UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

**JOINT STATUS REPORT ORDER**

Based on the representations and discussion at the March 17, 2021 joint status conference, it is **ORDERED** that the parties file a joint status report by **March 31, 2021**. In the joint status report, the parties should propose a supplemental briefing schedule and format for the following.

Plaintiff shall file a supplemental brief and supporting materials regarding his standing to sue under the Reciprocity Act, 28 U.S.C. § 2502. The government shall file a response to this brief, and plaintiff shall file a reply.

The government shall file a supplemental brief to its motion to dismiss, or, in the alternative, for summary judgment. While not otherwise limited, the government's supplemental brief should address, with supporting statutes and regulations, case law, documents, materials, declarations, and affidavits: (1) the statutory basis for the University of Farmington undercover operation and whether that operation was certified under the relevant statutes; (2) whether Mr. Ravi is foreclosed from recovering his tuition money under those relevant statutes; (3) whether the alleged contract between the government and Mr. Ravi for educational services was illegal and therefore unenforceable, with supporting correspondence between the University and Mr. Ravi; (4) whether the law enforcement agents operating the University of Farmington intended to enter into a contract for educational services with Mr. Ravi; (5) whether the law enforcement agents operating the University of Farmington had authority to bind the United States to a contract for educational services or to ratify such a contract. Plaintiff shall file a response to this brief, and the government shall file a reply.

2

After receiving the government's opening supplemental brief, plaintiff may move for additional discovery under Rule 56(d) of the Rules of the United States Court of Federal Claims (RCFC).

The court suggests that in proposing a briefing schedule and format, the parties consider a schedule and format similar to that for consecutive cross motions for summary judgment governed by RCFC 5.4, RCFC 7.2, and RCFC 56.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Senior Judge