## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| TEJA RAVI,                         )<br>                                              )<br>         Plaintiff,                   )<br>                                              )   No. 20-1237C<br>   v.                                      )   (Senior Judge Firestone)<br>                                              )<br>                                              )<br>THE UNITED STATES,        )<br>                                              )<br>         Defendant.               ) | |

## JOINT PROPOSED SCHEDULE FOR FURTHER BRIEFING

On March 18, 2021, this Court issued a Joint Status Report Order directing the parties to file additional briefing in this matter. ECF No. 14. As to the plaintiff, Teja Ravi, the Court ordered that he file a "supplemental brief and supporting materials regarding his standing to sue under the Reciprocity Act, 28 U.S.C. § 2502." *Id*. at 1. As to the defendant, the United States, the Court ordered that it file a brief entitled a "supplemental brief to its motion to dismiss, or in the alternative, a motion for summary judgment," addressing (but not limited to) various specified issues. *Id*. at 2. The Court ordered that the parties file responses and replies to these briefs, and "suggest[ed] that in proposing a briefing schedule and format, the parties consider a schedule and format similar to that for consecutive cross motions for summary judgment governed by RCFC 5.4, RCFC 7.2, and RCFC 56." *Id*.

Having conferred, and in light of the Court's order, the parties jointly and respectfully propose the following schedule for further briefing in this matter.

- Plaintiff shall file his supplemental brief and supporting materials regarding his standing to sue under the Reciprocity Act, 28 U.S.C. § 2502, no later than Wednesday, May 26, 2021;

- Defendant shall file its response to plaintiff's motion and its supplemental brief to its motion to dismiss, or in the alternative, a

- motion for summary judgment, addressing (but not limited to) the various issues specified in the Court's order, no later than Friday, June 25, 2021;

- Plaintiff shall file his reply in support of his supplemental brief regarding his standing to sue and his response to defendant's supplemental brief to its motion to dismiss, or in the alternative, a motion for summary judgment, no later than Friday, August 6, 2021;

- Defendant shall file its reply in support of its supplemental brief to its motion to dismiss, or in the alternative, a motion for summary judgment, no later than Friday, August 20, 2021.

The parties further propose that RCFC 5.4 and 5.5 govern all formatting and page requirements for the briefing proposed above.

For these reasons, the parties respectfully request that the Court grant the parties' jointly proposed schedule for the further briefing in this matter.

Respectfully submitted,

| | |
|---|---|
| By: /s/Amy E. Norris, Esq., (#1017140)<br>Amy@mwlc.org<br>202-530-0100<br>NORRIS LAW, PLLC<br>616 E Street NW<br>Suite 1156<br>Washington, DC 20004<br><br>Attorney for Plaintiff | BRIAN M. BOYNTON<br>Acting Assistant Attorney General<br><br>ROBERT E. KIRSCHMAN, JR.<br>Director<br><br>s/ Eric P. Bruskin<br>ERIC P. BRUSKIN<br>Assistant Director<br><br>s/ Meen Geu Oh<br>MEEN GEU OH<br>Senior Trial Counsel<br>Department of Justice<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, D.C. 20005<br>Telephone: (202) 307-0184<br>Email: Meen-Geu.Oh@usdoj.gov |
| March 31, 2021 | Attorneys for Defendant |