# In the United States Court of Federal Claims

No. 20-1237C
(Filed: April 1, 2021)

|  |  |
|---|---|
| TEJA RAVI, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| THE UNITED STATES, | ) ) |
| Defendant. | ) ) ) |

## SUPPLEMENTAL BRIEFING ORDER

The court is in receipt of the parties' March 31, 2021 joint status report, ECF No. 15, proposing a schedule for supplemental briefing as directed by the court's March 18, 2021 order, ECF No. 14.  The court **ADOPTS** the parties' proposal and **ORDERS** that the parties submit supplemental briefing in accordance with the court's March 18, 2021 order and the following schedule:

| | |
|---|---|
| **May 26, 2021** | Plaintiff shall file his supplemental brief and supporting materials regarding his standing to sue under the Reciprocity Act, 28 U.S.C. § 2502. |
| **June 25, 2021** | Defendant shall file its response to plaintiff's supplemental brief and its supplemental brief to its motion to dismiss, or in the alternative, a motion for summary judgment. |
| **August 6, 2021** | Plaintiff shall file his reply in support of his supplemental brief and his response to defendant's supplemental brief to its motion to dismiss, or in the alternative, a motion for summary judgment. |
| **August 20, 2021** | Defendant shall file its reply in support of its supplemental brief to its motion to dismiss, or in the alternative, a motion for summary judgment. |

      Rules 5.4 and 5.5 of the Rules of the United States Court of Federal Claims shall govern all formatting and page requirements.

      **IT IS SO ORDERED**.

s/Nancy B. Firestone<br>
NANCY B. FIRESTONE<br>
Senior Judge