# In the United States Court of Federal Claims

No. 20-1237C
(Filed: June 23, 2021)

|  |  |
|---|---|
| TEJA RAVI, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| THE UNITED STATES, | ) ) ) |
| Defendant. | ) ) ) |

## SCHEDULING ORDER

The court is in receipt of the government's June 22, 2021 motion for entry of a protective order, ECF No. 18, which the plaintiff opposes, *id.* at 2.  The government seeks entry of a protective order because it anticipates that its supplemental brief in support of its motion to dismiss, or in the alternative, motion for summary judgment, due by June 25, 2021, may contain sensitive information involving law enforcement operations that is not and should not be in the public domain.  *Id.* at 1.

In order to expeditiously resolve the matters before it, the court **ORDERS** that plaintiff's response in opposition to the government's motion for entry of a protective order is due by **June 30, 2021.**  The government shall file a reply by **July 7, 2021**.

The government's supplemental brief in support of its motion to dismiss, or in the alternative, motion for summary judgment, due by June 25, 2021, shall be filed under seal pending the court's resolution of the motion for entry of a protective order.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Senior Judge
