# In the United States Court of Federal Claims

No. 20-1237C
(Filed: June 25, 2021)

| | )|
|---|---|
| TEJA RAVI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THE UNITED STATES, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**O R D E R**

    Defendant's unopposed motion, ECF No. 20, filed June 25, 2021, for a seven-day enlargement of time within which to file its supplemental brief in support of its motion to dismiss, or in the alternative, motion for summary judgment is **GRANTED**. Accordingly, defendant shall have until **Friday, July 2, 2021**, to file its supplement brief.

    **IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Senior Judge
