IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TEJA RAVI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 20-1237 |
| v. | ) | (Senior Judge Firestone) |
| | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO FILE EXHIBIT IN APPENDIX VIA CD

On July 7, 2021, defendant, the United States, filed a supplemental brief in support of its motion to dismiss, or in the alternative, motion for summary judgment.  ECF No. 24.  In support of that brief, we included an appendix which includes a slip sheet for an audio recording that we reference in our submission.  ECF. No. 25.  Upon filing the brief and supporting materials, however, undersigned counsel realized that there does not appear to be a means of submitting an audio file on CM/ECF.

To ensure that the Court has a complete appendix in this case, we respectfully request that the Court permit us to submit the audio recording via CD.  We intend to submit the filing within one business day of the Court granting this request.  We attempted to obtain the position of the plaintiff, Mr. Ravi, in this case, but were informed by counsel for the plaintiff that Mr. Ravi takes no position on our request at this time.  To ensure that the information is made available in a timely fashion, however, undersigned counsel has delivered a copy of the audio file to counsel for the plaintiff and to the Court via email.

Accordingly, we respectfully request that the Court grant this motion to allow us to file an exhibit to our appendix via CD.

                                                  Respectfully submitted,

                                                  BRIAN M. BOYNTON
Acting Assistant Attorney General

MARTIN F. HOCKEY, JR.
Acting Director

s/ Eric P. Bruskin
ERIC P. BRUSKIN
Assistant Director

s/ Meen Geu Oh
MEEN GEU OH
Senior Trial Counsel
Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20005
Telephone: (202) 307-0184
Email: Meen-Geu.Oh@usdoj.gov

July 2, 2021                                      Attorneys for Defendant