# In the United States Court of Federal Claims

No. 20-1237C
(Filed: July 2, 2021)

|  |  |
|---|---|
| TEJA RAVI, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| THE UNITED STATES, | ) |
|  | ) |
| Defendant. | ) |

**O R D E R**

    Defendant's motion, ECF No. 26, filed July 2, 2021, seeking leave to file an exhibit to its appendix, ECF No. 25, also filed July 2, 2021, via-CD is **GRANTED**. Defendant is directed to complete this filing by **Wednesday, July 7, 2021.**

    **IT IS SO ORDERED**.

s/Nancy B. Firestone<br>
NANCY B. FIRESTONE<br>
Senior Judge