# In the United States Court of Federal Claims

No. 20-1237C
(Filed: July 20, 2021)

|  |  |
|---|---|
| TEJA RAVI, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| THE UNITED STATES, | ) ) |
| Defendant. | ) ) ) |

**ORDER GRANTING CONSENT MOTION TO STRIKE**

Defendant's consent motion, ECF No. 34, to strike docket entry No. 32, which was erroneously filed, is **GRANTED**. The Clerk is directed to **STRIKE** docket entry No. 32 from the docket.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Senior Judge