# In the United States Court of Federal Claims

No. 20-1237C
(Filed: July 23, 2021)

|  |  |
|---|---|
| TEJA RAVI, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) ) |
| THE UNITED STATES, | ) ) |
| Defendant. | ) ) ) |

**ORDER GRANTING UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

The court is in receipt of plaintiff's unopposed motion (ECF No. 36) for a 21-day enlargement of time within which to file his reply in support of his supplemental brief and response to defendant's supplemental brief. Defendant requests a corresponding 21-day enlargement of time to file its reply in support of its supplemental brief. Upon consideration of the unopposed motion, it is ordered that the motion be **GRANTED** and that the briefing schedule be **AMENDED** as follows:

| **August 27, 2021** | Plaintiff shall file his reply in support of his supplemental brief and his response to defendant's supplemental brief to its motion to dismiss, or in the alternative, a motion for summary judgment. |
|---|---|
| **September 10, 2021** | Defendant shall file its reply in support of its supplemental brief to its motion to dismiss, or in the alternative, a motion for summary judgment. |

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Senior Judge