# In the United States Court of Federal Claims

No. 20-1237C
(Filed: November 1, 2021)

|  |  |
|---|---|
| TEJA RAVI, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

## ORDER SCHEDULING ORAL ARGUMENT

Oral argument on the parties' supplemental briefing following defendant's motion to dismiss, ECF No. 7, shall be heard on **Thursday, December 2, 2021, 11:00 a.m. eastern time**. The proceeding will be held via AT&T Teleconferencing with a court reporter present. The court has provided the parties with the necessary dial-in information. In advance of the proceeding, the court will issue an order setting forth questions the parties should be prepared to address at oral argument.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Senior Judge