# In the United States Court of Federal Claims

No. 20-1237C
(Filed: January 12, 2022)

|  |  |
|---|---|
| TEJA RAVI, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| THE UNITED STATES, | ) ) ) |
| Defendant. | ) ) ) |

**ORDER**

The court is in receipt of the plaintiff's January 12, 2022 motion, ECF No. 47, for leave to file an amended complaint and the proposed amended complaint, ECF No. 48. If possible, the government is directed to respond to plaintiff's motion at the close of the oral argument scheduled for tomorrow, January 13, 2022. The government should address whether amendment is appropriate under this court's rules and applicable case law. *See* RCFC 15(a)(2); *Foman v. Davis*, 371 U.S. 178, 182 (1962) (holding that the court will not allow amendments that unfairly prejudice the opposing party, come after undue delay, are futile, or are offered in bad faith).

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Senior Judge