## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **Teja Ravi, Individually and on Behalf of All Others Similarly Situated** | : : : | |
| Plaintiff, | : | 1:20-cv-01237 |
| | : | |
| v. | : : | |
| **The United States of America** | : : | |
| Defendant. | : | |

### WITHDRAWAL OF PRAECIPE AND MOTION TO MEDIATE

Plaintiff Teja Ravi ("Plaintiff"), by and through his attorneys, hereby respectfully withdraws his Praecipe and Motion for Mediation filing, including the request for judicial notice.

After conferring with opposing counsel, the Government is unwilling to mediate at this time.

Most respectfully,

By: /s/*Amy E. Norris, Esq., (#1017140)*
NORRIS LAW, P.L.L.C
616 E Street N.W.
Suite 1156
Washington, DC 20004
(202) 830-1225
Amy@norrislawgroup.org

Attorney for Teja Ravi