# In the United States Court of Federal Claims

**No. 20-1237 C**
**Filed: March 16, 2022**

**TEJA RAVI**

**v.**                                                    **JUDGMENT**

**THE UNITED STATES**

Pursuant to the court's Opinion, filed March 16, 2022, granting defendant's motion to dismiss,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that plaintiff's complaint is dismissed for lack of subject matter jurisdiction.

Lisa L. Reyes
Clerk of Court

By:     s/ Debra L. Samler

Deputy Clerk

NOTE: As to appeal to the United States Court of Appeals for the Federal Circuit, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $505.00.