## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **Teja Ravi, Individually and on Behalf of All Others Similarly Situated** : : : : **Plaintiff** : : **v.** : : **The United States of America** : : **Defendant.** : | No. 20-1237C<br>Judge Firestone |

## NOTICE OF APPEAL

Notice is hereby given that Mr. Ravi in the above-named case hereby appeals to the United States Court of Appeals for the Federal Circuit the order filed in this action on March 16, 2022.

Date: March 18, 2022
Washington, DC

                                            Respectfully submitted,

                                            /s/ *Amy E. Norris, Esq., (#1017140)*
                                            Amy@norrislawgroup.org
                                            (202) 830-1225
                                            NORRIS LAW, PLLC
                                            616 E Street N.W.
                                            Suite 1156
                                            Washington, DC 20004