IN THE UNITED STATES COURT OF FEDERAL CLAIMS

TEJA RAVI,                                          )
Individually and on Behalf of All                   )
Others Similarly Situated                           )
                                                    )
            Plaintiff,                              )
                                                    )
      v.                                            )      No. 20-1237
                                                    )      Judge Armando O. Bonilla
THE UNITED STATES,                                  )
                                                    )
            Defendant.                              )

## NOTICE OF APPEARANCE

To the Clerk:

      Please enter the appearance of _____Galina I. Fomenkova_____, as attorney of record

for the United States.  Service of all papers by opposing parties should be addressed as follows:

Galina I. Fomenkova
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
PO Box 480
Ben Franklin Station
Washington, D.C.  20044


                                    s/ Galina I. Fomenkova
                                    GALINA I. FOMENKOVA
                                    Trial Attorney
                                    Commercial Litigation Branch
                                    Civil Division
                                    (202) 514-5495
                                    galina.fomenkova@usdoj.gov


Dated: September 9, 2024