IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| TEJA RAVI, *et al.*,<br><br>                Plaintiffs,<br><br>      v.<br><br>THE UNITED STATES,<br><br>                Defendant. | No. 20-1237<br>(Judge Armando O. Bonilla) |

JOINT STATUS REPORT

Pursuant to the Court's Discovery Scheduling Order (ECF 92), the parties hereby submit this status report regarding the status of discovery.

Plaintiffs' Position

The parties' written and document discovery efforts are ongoing. Plaintiffs have submitted a request to stipulate to one additional interrogatory and are waiting on a response from the agency. Plaintiffs are attempting to with the Government, so that a motion to the Court regarding the additional interrogatory and a motion to compel is not required. A number of class members for the proposed class has not been provided, and that is necessary to brief a motion for class certification. Plaintiffs counsel is working with the Government's counsel to obtain that information, hopefully without the necessity of Court involvement. Government's counsel has been on pre-scheduled leave last month and this month, which understandably, caused a bit of delay.

The Government made a production and responses to discovery requests, but many of the documents that the Government has provided are irrelevant and appear non-responsive. The Plaintiffs have requested all authorization documents, and it appears that some of the

authorization documents have not been provided, as the Plaintiffs are missing the initial authorization documents.

Defendant's Position

Defendant has completed its written discovery to date, including responding to 25 interrogatories, 151 requests for admission, and producing 11 volumes of documents in response to plaintiffs' 50+ document requests. Defendant's document production includes, *inter alia*, the non-privileged documents constituting the authorization and re-authorization for Operation Paper Chase/University of Farmington operation, as confirmed to plaintiffs in defendant's responses to both plaintiffs' first and fourth requests for production. Defendant has also provided, in response to interrogatories plaintiffs have already served, the information it has reasonably available regarding the number of individuals who made at least one payment to the University of Farmington operation at some point over the course of the operation's duration. Defendant is in the process of evaluating plaintiffs' request to accept one additional interrogatory.

Defendant is also still waiting for plaintiffs to complete their document production with a good faith reasonable search for documents and things in plaintiffs' possession, to provide verifications for their responses to defendants' second set of interrogatories, and to supplement their interrogatory responses. In particular, plaintiffs have not provided their communications with others about the University of Farmington, which defendant has reason to believe exist, as the existing materials in defendant's production indicate that the named plaintiffs discussed their understanding that their participation in the University of Farmington was illegal and would not involve any classes with other individuals. Defendant's counsel has discussed these issues with plaintiffs' counsel previously and is also hopeful that plaintiffs will comply with their discovery obligations without the need for Court intervention.

|  |  |
|---|---|
| /s/ *Amy E. Norris, Esq., (#1017140)*<br>Amy E. Norris<br>NORRIS LAW, PLLC<br>616 E Street NW<br>Suite 1156<br>Washington, DC 20004<br>(202) 530-0100<br>Amy@norrislawgroup.org<br><br>*Attorney for Plaintiffs*<br><br><br>January 14, 2026 | Respectfully submitted,<br><br>BRETT A. SHUMATE<br>Assistant Attorney General<br><br>PATRICIA M. McCARTHY<br>Director<br><br>ERIC P. BRUSKIN<br>Assistant Director<br><br>s/ Galina I. Fomenkova<br>GALINA I. FOMENKOVA<br>Senior Trial Counsel<br>United States Department of Justice<br>Civil Division, Commercial Litigation Branch<br>P.O. Box 480 \| Ben Franklin Station<br>Washington, DC 20044<br>(202) 514-5495<br>galina.fomenkova@usdoj.gov<br><br>*Attorneys for the United States* |