IN THE UNITED STATES COURT OF FEDERAL CLAIMS

TEJA RAVI, *et al.*,

                    Plaintiffs,

        v.

THE UNITED STATES,

                    Defendant.

No. 20-1237
(Judge Armando O. Bonilla)

## MOTION FOR LEAVE TO FILE EXHIBITS BY OTHER MEANS

Defendant's response to plaintiffs' motion to compel cites audio and video recordings which cannot be filed through the Court's CM/ECF system.  Accordingly, defendant respectfully requests leave to file these exhibits in native format, either via disk or the Justice Enterprise File Sharing (JEFS) system, at the Court's preference.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

ERIC P. BRUSKIN
Assistant Director

s/  Galina I. Fomenkova
GALINA I. FOMENKOVA
Senior Trial Counsel
United States Department of Justice
Civil Division, Commercial Litigation Branch
P.O.  Box 480 | Ben Franklin Station
Washington, DC 20044
(202) 514-5495
galina.fomenkova@usdoj.gov

March 25, 2026                                 *Attorneys for the United States*