# In the United States Court of Federal Claims

No. 20-1237C
(Filed: March 26, 2026)

|  |  |
|---|---|
| **TEJA RAVI, *et al.*,** | ) |
| *Plaintiffs,* | ) ) ) |
| v. | ) ) ) |
| **UNITED STATES**, | ) ) ) |
| *Defendant.* | ) ) ) |

**ORDER**

On March 25, 2026, in accordance with the Court's February 18, 2026 order (ECF 100), defendant responded to plaintiffs' motion to compel and for attorney's fees (ECF 102). ECF 105. Defendant simultaneously filed a motion to file exhibits by other means. ECF 106. Specifically, defendant requests leave of the Court to file electronic exhibits cited in its response brief either by disk or by the Justice Enterprise File Sharing (JEFS) system. In granting defendant's motion, the Court directs the government to file the proffered electronic exhibits by disk rather than JEFS to allow the Court to maintain an official copy.

Accordingly,

(1) Defendant's motion for leave to file exhibits by other means (ECF 106) is **GRANTED**; and

(2) Defendant may file with the Clerk of Court a disk containing the exhibits cited in the government's response to plaintiff's motion to compel and for attorney's fees (ECF 105) on or before **March 31, 2026**.

It is so **ORDERED**.

s/ Armando O. Bonilla
Armando O. Bonilla
Judge