**Fomenkova, Galina (CIV)**

| | |
|---|---|
| **From:** | Fomenkova, Galina (CIV) |
| **Sent:** | Wednesday, April 1, 2026 6:21 PM |
| **To:** | 'Whit Froehlich' |
| **Cc:** | Anna Nathanson; Amy  Norris |
| **Subject:** | RE: Recording; Filing Under Seal - Re: Ravi vs. U.S., Case No. 1:20-cv-01237-AOB |

Dear Whit,

After the Court granted our motion for leave to file by disc, we copied the recordings that we were submitting onto a DVD, labeled with the case and docket info, and submitted that to the court under cover of the letter, a copy of which I sent to Amy. To be clear, we have withdrawn any prior confidentiality designations under the protective order over the recordings we cited in our response and the additional recording you cite in your reply, and accordingly we are not aware of any remaining basis for them to be filed under seal.

Also, as per my email to Amy yesterday, please let me know whether plaintiffs intend to request any additional redactions to the exhibits to our motion; we intend to redact in full Appx101-109, and we do not intend to make any additional redactions to Appx1-100.

Finally, it has been more than two weeks since you purportedly re-established contact with Mr. Tiyyagura, but we still have not received the information and certification addressed in my correspondence with Anna. That silence, at minimum, raises questions as to whether you have lost contact with him again and it is prejudicial to this litigation for him to pop in and out. Please provide the information and certification by the end of this week.

Thanks,
Galina


Galina I. Fomenkova
U.S. Department of Justice
(202) 514-5495

_____

This message and any attachments are intended only for the addressee and may contain information that is privileged and confidential.  If you have received this message in error, please do not read, use, copy, distribute, or disclose the contents of the message and any attachments.  Instead, please delete the message and any attachments and notify the sender immediately. Thank you.

**From:** Whit Froehlich <Whit@norrislawgroup.org>
**Sent:** Wednesday, April 1, 2026 5:25 PM
**To:** Fomenkova, Galina (CIV) <Galina.Fomenkova@usdoj.gov>
**Cc:** Anna Nathanson <anna@norrislawgroup.org>; Amy Norris <Amy@norrislawgroup.org>
**Subject:** [EXTERNAL] Recording; Filing Under Seal - Re: Ravi vs. U.S., Case No. 1:20-cv-01237-AOB

Dear Galina,

I have attached the audio file cited in the recently filed Reply in Ravi vs. U.S.

I understand that you recently filed an exhibit as a physical disk to the Court under seal for your Response in this case. Is there a particular procedure that you undertook to effect such filing?

Thank you very much,

Whit

William (Whit) Froehlich, Esq.
(202) 798-2669 (c)
(202) 830-1225 (o)
Norris Law Group
600 14th Street NW, 5th Floor
Washington, DC 20005
whit@norrislawgroup.org