# In the United States Court of Federal Claims

No. 20-1237C
(Filed: April 29, 2026)

|  |  |
|---|---|
| **TEJA RAVI, *et al.*,** | ) |
| | ) |
| | ) |
| *Plaintiffs,* | ) |
| | ) |
| v. | ) |
| | ) |
| **UNITED STATES**, | ) |
| | ) |
| *Defendant.* | ) |
| | ) |

**ORDER**

The Court hereby **SCHEDULES** oral argument (under seal) for **Wednesday, May 20, 2026, at 10:00 AM (EDT)**.  The proceeding will be held at the Howard T. Markey National Courts Building, 717 Madison Place, NW, Washington, DC.

It is so **ORDERED**.

s/ Armando O. Bonilla
Armando O. Bonilla
Judge